ACCEPTED
01-18-00081-CV
FIRST COURT OF APPEALS
HOUSTON, TEXAS
3/19/2018 7:02 PM
CHRISTOPHER PRINE
CLERK

Case No. 01-18-00081-CV

IN THE FIRST COURT OF APPEALS

at Houston, Texas

FILED IN
1st COURT OF APPEALS
HOUSTON, TEXAS
3/19/2018 7:02:06 PM
CHRISTOPHER A. PRINE
Clerk

_____

AES VALVES, LLC and IES INTERNATIONAL ENERGY SERVICES, LTD.,

Appellants,

v.

KOBI INTERNATIONAL, INC. DBA KOBI GROUP

Appellee.

_____

Appealed from the 125th Judicial District Court

Of Harris County, Texas

_____

UNOPPOSED MOTION TO EXTEND TIME TO FILE APPELLANTS' BRIEF

_____

C. Ed Harrell
Hughes Watters Askanase, L.L.P.
TBN: 09042500
1201 Louisiana, 28th Floor
Houston, Texas 77002
(713) 759-0818 – Phone
 (713) 759-6834 – Fax
eharrell@hwa.com

Attorney for Appellants

TO THE HONORABLE COURT OF APPEALS:

Appellants, AES Valves, LLC and IES International Energy Services, Ltd. respectfully file this Unopposed Motion to Extend Time to File Appellants' Brief.

1. On January 25, 2018, Appellants filed the Notice of Restricted Appeal.

2. On January 26, 2018, Appellants requested the Clerk's Record, including the Motion for Default on Damages file marked June 2, 2017.

3. On February 16, 2018, Appellants paid for the Clerk's record.

4. On February 20, 2018, the Harris County District Clerk filed the Clerk's record.

5. On February 21, 2018, Appellants identified the Clerk's Record was deficient as it did not include the Motion for Default on Damages with its multitude of exhibits. Appellants immediately requested that District Clerk supplement the Clerk's Record with the missing documents. The Clerk's Record has not yet been supplemented.

6. The present deadline for filing the brief is March 22, 2018.

7. Appellants cannot finish their brief without the Motion for Default on Damages and its exhibits.

8. In addition to needing a complete record, the following grounds provide "good cause" for extending the time to file the Appellees' brief. Appellants' lead counsel has been actively preparing for a complex trial in *Jal B. Guzder v. MKM Engineers, Inc., and PIKA International, Inc.*; Cause No. 07-DCV-155803A in the District Court of Fort Bend County, Texas 434th Judicial District and was assigned to trial beginning March 20, 2018. The trial is expected to last two weeks. The preparation and trying of this matter will substantially inhibit Appellants' counsel's ability to complete the brief prior to the deadline.

9. As such, Appellants seek a thirty-day extension, that is, thirty (30) days after the complete Clerk's Record is filed, in which to file their brief.

10. This is Appellants' first request for an extension of time to file their brief.

11. This motion is unopposed.

12. This Court may extend the time to file Appellants' brief under the authority of Rule 38.6(d) and 10.5(b) of the Texas Rules of Appellate Procedure.

13. This motion is not filed for the purpose of delay, but to allow counsel adequate time to prepare the Appellants' brief.

## CONCLUSION

For these reasons, Appellants respectfully request an extension of time to file Appellants' Brief until thirty days after the complete Clerk's Record is filed.

Respectfully submitted,

HUGHES WATTERS ASKANASE, L.L.P.


By: //s// C. Ed Harrell
   C. Ed Harrell
   TBN: 09042500
   1201 Louisiana, 28th Floor
   Houston, Texas 77002
   (713) 759-0818 – Phone
   (713) 759-6834 – Fax
   eharrell@hwa.com
Attorney for Appellants


## CERTIFICATE OF CONFERENCE

As required by Texas Rule of Appellate Procedure 10.1(a)(5), I certify that I have conferred with all other parties which are listed belowCabout the merits of this motion with the following results:

John S. "Jack" Edwards, Jr., Attorney for Appellee KOBI International, Inc. D/B/A KOBI Group.

( )   opposes motion
(X)   does not oppose motion
( )   agrees with motion
( )   would not say whether motion is opposed
( )   did not return my message regarding the motion

//s// C. Ed Harrell
C. Ed Harrell
Date: March 19, 2018

## CERTIFICATE OF SERVICE

As required by Texas Rule of Appellate Procedure 6.3 and 9.5(b), (d), (e), I certify that I have served this document on all other parties which are listed below on March 19, 2018 by electronic service:

John S. "Jack" Edwards, Jr.
Ajamie, LLP
711 Louisiana, Ste. 2150
Pennzoil Place – South Tower
Houston TX 77002
Facsimile: (713) 860-1699
Attorney for Appellee
KOBI International, Inc. D/B/A KOBI Group

//s// C. Ed Harrell
C. Ed Harrell